ENTER/ JS-6

**FILED**
NOV - 5 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JESSE WAGNER AND BRIAN CRONIN, | Case No. EDCV 07-1537-CJC (MLG) |
| Plaintiffs, | JUDGMENT |
| v. | |
| RYAN PEPPLER, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed.

Dated: November 4, 2008

Cormac J. Carney
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY