FILED
FEB - 4 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESSE WAGNER,<br><br>        Plaintiff,<br><br>    v.<br><br>RYAN PEPPLER, et al.,<br><br>        Defendants. | Case No. EDCV 07-1537-CJC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the claim involving the seizure of Plaintiff's motor vehicle be DISMISSED with prejudice as to all Defendants. It is further ORDERED that all other claims against the County of San Bernardino, the San Bernardino County Sheriff's Office, Gary Penrod, Ryan Peppler and Marguerite Finneran be dismissed with prejudice.

Dated: _February 3, 2009_

_____
Cormac J. Carney
United States District Judge